IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAMEKIA M. MITCHELL,

    Plaintiff,

v.                                Case No.: 3:11cv543/MCR/EMT

WAFFLE HOUSE, INC.,

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 5, 2012 (doc. 61). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED with prejudice**.

    **DONE AND ORDERED** this 7th day of January, 2013.

                                                 *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**